In the Matter of the CITY OF NEW YORK Relative to Acquiring Title to Real Property Required for the Opening and Extending of HARLEM RIVER DRIVE, Borough of Manhattan. ISRAEL LEWIS, Respondent; JOSEPHINE KEARSE et al., Appellants.

Argued December 6, 1951; decided January 24, 1952.

*Ephraim Berliner, Arthur Karger* and *Selma Munter Lobsenz* for appellants.

*Max Freund, Samuel I. Rosenman* and *Seymour D. Lewis* for respondent.

Order affirmed, with costs as of December 6, 1951; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.